# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIMIE L. STARKS, | Case No. 2:13-cv-02286-MMD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| PARBALL CORPORATION, d/b/a BALLY'S LAS VEGAS, | |
| Defendant. | |

This matter is before the Court on Plaintiff Jimie L. Starks's Motion to Continue the Early Neutral Evaluation (ENE) Session, filed October 15, 2014.

Plaintiff seeks to continue the ENE session set on October 20, 2014, as he is in the process of obtaining new counsel and is "not interested in a monetary judgment at this time." Doc. # 20 at 2. Indeed, Plaintiff "believes that only a public trial will satisfy his need for justice." Id. Based on the foregoing, the Court finds that an ENE session would be futile in the instant case.

Accordingly, **IT IS HEREBY ORDERED** that the date of October 20, 2014 set for the ENE session is **VACATED**. This case is returned to the normal litigation track.

DATED: October 16, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**