# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMIE L. STARKS, | ) |
| Plaintiff, | ) 2:13-cv-02286-MMD-GWF |
| vs. | ) **ORDER** |
| PARBALL CORPORATION, d/b/a BALLY'S LAS VEGAS, | ) |
| Defendant, | ) |

      This matter is before the Court on Ruth Cohen's Motion to Withdraw as Counsel for Plaintiff Jimie L. Starks (#23), filed on October 28, 2014.  To date, no opposition has been filed to this motion and the time for opposition has now expired.   Movant has substantially established good cause for the withdrawal.  Accordingly,

      **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Plaintiff Jimie L. Starks (Dkt. #23) is **granted**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff Jimie L. Starks with a copy of this order at the plaintiff's last known address:

      1439 Cottonwood Place
      Las Vegas, Nevada 89104

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **November 28, 2014** to retain new counsel or advise the Court of his desire to proceed in proper person.

      DATED this 17th day of November, 2014.

                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge