**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMIE L. STARKS, ) | |
| ) | |
| Plaintiff, ) | 2:13-cv-02286-MMD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PARBALL CORPORATION, d/b/a ) | |
| BALLY'S LAS VEGAS, ) | |
| ) | |
| Defendant, ) | |

The Court conducted a status hearing in this matter on December 11, 2014.  After considering oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** Defendant's Motion to Extend Deadlines for Filing Dispositive Motions and Pretrial Order (#32) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to file dispositive motions: **February 15, 2015**
2. Last date to file joint pretrial order: **March 17, 2015**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that Defendants may take Plaintiff's deposition after receiving the discovery responses due on January 12, 2015.

DATED this 17th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge