# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMIE L. STARKS,          )<br>              )<br>     Plaintiff,    )<br>              )<br>vs.            )<br>              )<br>PARBALL CORPORATION, d/b/a  )<br>BALLY'S LAS VEGAS,    )<br>              )<br>     Defendant,    )<br>_____) | 2:13-cv-02286-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Jimie L. Starks' Emergency Motion for Discovery Deadline (#36), filed on January 22, 2015. This matter is also before the Court on Defendant Parball Corporation's Motion to Compel (#27), filed November 26, 2014.

Plaintiff Starks requests relief from the deadline for responding to the Defendant's discovery requests. The deadline was set for January 12, 2015, and the Plaintiff did not respond to the requests. The Plaintiff represents that he was unclear about the deadlines, and that he has since contacted the Defendant to resolve the issue. Plaintiff is a pro-se litigant, and will be given leeway by this Court in this instance.

Defendant's Motion to Compel request that the Plaintiff be required to produce responses to discovery requests and be deposed after the deadline for discovery has passed. The Court will allow further discovery to take place in this matter. Therefore, the motion to compel will be denied pending the production of discovery responses and the scheduling of the Plaintiff's deposition. Should the production not be completed or be unsatisfactory, the Defendants may re-raise the motion to compel. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Discovery Deadline (#36) is **granted**. Plaintiff will produce responses to Defendant's discovery requests by **January 30, 2015.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel (#27) is **denied** without prejudice.

**DATED** this 23rd day of January, 2015.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge