UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JIMIE L. STARKS, | ) | |
| Plaintiff, | ) | 2:13-cv-02286-MMD-GWF |
| vs. | ) | **ORDER** |
| PARBALL CORPORATION, d/b/a BALLY'S LAS VEGAS, | ) | |
| Defendant, | ) | |

This matter is before the Court on Defendant Parball Corporation's Motion to Extend Deadlines for Filing Dispositive Motions and Pretrial Order (#38), filed January 21, 2015.

The Defendant requests a 60 day extension of these deadlines to prepare and submit an upcoming motion for summary judgment. The Defendant represents that this extension is necessary due to forthcoming production by the Plaintiff and the Plaintiff's pending deposition. The Defendant has sufficiently established good cause for granting this extension. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Extend Deadlines for Filing Dispositive Motions and Pretrial Order (#38) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to file dispositive motions: **April 16, 2015**

. . .

. . .

. . .

. . .

. . .

2. Last date to file joint pretrial order: **May 18, 2015**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**DATED** this 27th day of January, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge